Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**Vahan M. Dinahanian, Jr.,**<br><br>Debtor. | Case No. 19-31886-dwh11<br><br>ORDER SCHEDULING CASE-MANAGEMENT CONFERENCE |

Pursuant to 11 U.S.C. § 105(a), the court directs the debtor-in-possession and its attorney to appear in court for a case-management conference as follows:

> DATE: June 18, 2019
>
> TIME: 2:30 p.m.
>
> LOCATION: Courtroom No. 3
> U.S. Bankruptcy Court
> 1001 SW Fifth Ave., 7th Fl.
> Portland, OR

Persons or entities other than the debtor may attend in person or via telephone, but they are not required to do so. To participate via telephone, dial the toll-free call number (888) 684-8852 and enter the access code 5870400 followed by the "#" key.

Page 1 – ORDER SCHEDULING CASE-MANAGEMENT CONFERENCE

The purpose of the conference is to expedite the chapter 11 case by establishing early and continuing control, to discourage wasteful litigation activities, and to facilitate settlement of disputed matters.

Typically, matters for discussion at the conference include the following:

(1) Motions for extension of time to assume or reject leases;

(2) Motions for relief from the automatic stay;

(3) Adequate protection;

(4) Operation of the debtor's business;

(5) Preview of the chapter 11 plan (e.g., liquidation or workout, funding, timing of filing disclosure statement and plan, including requests to shorten or extend the exclusivity period, and estimated administrative expenses);

(7) Feasibility;

(8) Applications for employment of professionals and anticipated budgets for professionals employed by the debtor, committees, oversecured creditors, and others who may expect to be paid from the estate;

(9) Whether the debtor has filed all prepetition tax returns and, if not, when the returns will be filed; and

(10) The contents of a further scheduling and case-management order to follow as a result of the conference.

Secured creditors, lien creditors, and others contemplating filing motions for relief from stay should be aware that many of the issues typically addressed in those motions are likely to arise at the scheduling and case-management conference. Secured creditors may prefer to refrain

from filing these motions until after the conference.

To ensure sufficient information for a meaningful discussion of the management of the case, therefore, the court

ORDERS and gives NOTICE of the following:

1. To the extent not previously filed pursuant to 11 U.S.C. § 1116(1), by **June 11, 2019**, the debtor must file the following items and serve them on the United States trustee, the creditor's committee, if any, and any parties requesting special notice:

    (a) A cash-flow analysis, prepared on a weekly basis, for the 120-day period beginning on the conference date.

    (b) Historical financial information for the three calendar years preceding the year in which the petition was filed, plus the period through the conference date. If there is seasonal variation in the debtor's income and expenses, the historical financial information must include monthly recaps of income and expenses.

    (c) A statement of income and expenses since the date of filing of the petition indicating the amount of paid and unpaid expenses.

    (d) A monthly budget showing expected costs of professional services during the chapter 11 case.

2. Any party who believes that the estate will be liable for its attorney fees, other professional fees, or costs must file a monthly budget indicating the projected fees the party expects the estate to pay.

###

cc: All creditors

Page 3 – ORDER SCHEDULING CASE-MANAGEMENT CONFERENCE

Case 19-31886-dwh11    Doc 16    Filed 05/30/19