## MONTHLY FINANCIAL REPORT FOR
## INDIVIDUAL DEBTOR(S) NOT ENGAGED IN BUSINESS

Case No.   19-31886-dwh11

Debtor     Vahan M. Dinihanian, Jr.                Report Month/Year   May 2020

> **Instructions**: The debtor's monthly financial report shall include this cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-1(b) and 2015-2, or the U.S. Trustee's reporting requirements, may be cause for conversion or dismissal of the case.

The debtor submits the following with this monthly financial report:

| | | Completed | Not Applicable |
|---|---|---|---|
| **UST-51** | **Comparative Balance Sheet** or debtor's balance sheet. | ☑ | ☐ |
| | The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | | |
| **UST-52** | **Summary of Receipts** | ☑ | ☐ |
| **UST-53** | **Summary of Disbursements** | ☑ | ☐ |
| **UST-53A** | **Financial Account Detail** | ☑ | ☐ |
| | Complete one or more to include all bank accounts or other sources of debtor funds. Include copies of monthly bank statements and all supporting documents described in the instructions. | | |
| **UST-54** | **Other Financial Disclosures** | ☑ | ☐ |
| | When applicable, UST-54 shall include supporting documents, including, but not limited to, an escrow statement for the sale of real property, an auctioneer's report for property sold at auction, or a certificate of insurance for any change in insurance coverage. | | |

### DEBTOR'S CERTIFICATION

I certify under penalty of perjury that (1) I have personally prepared this financial report or directly supervised its preparation, and (2) the information contained in this monthly financial report is complete, true, and accurate to the best of my knowledge, information, and belief.

BY:_____     DATE:_ 06 / 22 / 2020 _

The debtor(s), or trustee, if appointed, must sign the monthly financial report. Debtor's counsel may not sign a financial report for the debtor.

Case Number: 19-31886-dwh11
Report Mo/Yr: May 2020

**Debtor:** Vahan M. Dinihanian, Jr.

## UST-51, COMPARATIVE BALANCE SHEET

**INSTRUCTIONS:** This balance sheet has been designed for ease of use by debtors not engaged in business. Accordingly, it is not intended to follow standard accounting principles. For funds held in banks or brokerages, the debtor must report the month-end market value. For each remaining asset, the debtor should use the current market value. Footnotes or explanations, if any, may be attached to this page.

| ASSETS            As of month ending: | MO/YR March 2020 | MO/YR April 2020 | MO/YR May 2020 | PER SCHEDULES (i.e. Petition Date) |
|---|---|---|---|---|
| Cash | 100 | 100 | 100 | 100 |
| Checking Account(s) | 438 | 376 | 582 | 4,000 |
| Canacord Brokerage Account | 520 | 520 | 520 | 462 |
| TD Ameritrade Account | 4,983 | 4,983 | 4,983 | 4,794 |
| Charles Schwab Savings Account | 534 | 534 | 534 | 534 |
| Residential Real Property | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| Remaining Personal Property | 171,769 | 171,769 | 171,769 | 171,769 |
| Eagle Holdings, LLC Ownership Interest | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 |
| Charles Schwab IRA | 13,540 | 13,540 | 13,540 | 12,368 |
| Net Operating Losses | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| Northwest Bank Bus. Money Market | - | - | - | 560 |
| Columbia Bank Checking | - | - | - | 196 |
| | | | | |
| Other Assets (list all assets not included above even those acquired post-petition) | | | | |
| TOTAL ASSETS | 22,191,884 | 22,191,822 | 22,192,028 | 22,194,784 |
| | | | | |
| **LIABILITIES** | | | | |
| Pre-Petition Liabilities | | | | |
| Secured Debt | 2,536,980 | 2,536,980 | 2,536,980 | 2,536,980 |
| Priority Unsecured Debt | 500 | 500 | 500 | 500 |
| Unsecured Debt | | | | |
| TOTAL PRE-PETITION LIABILITIES | 2,537,480 | 2,537,480 | 2,537,480 | 2,537,480 |
| Post-Petition Liabilities | | | | |
| Mortgage/Rent Payments Due | - | - | - | |
| Other Secured Debt | - | - | - | |
| Unpaid Real Property Taxes | - | - | - | |
| Other Unpaid Taxes (specify) | - | - | - | |
| Other Unpaid Debts (specify) | - | - | - | |
| | | | | |
| TOTAL POST-PETITION LIABILITIES | - | - | - | |
| | | | | |
| TOTAL LIABILITIES | 2,537,480 | 2,537,480 | 2,537,480 | 2,537,480 |

| NET WORTH (TOTAL ASSETS MINUS TOTAL TOTAL LIABILITIES) | 19,654,404 | 19,654,342 | 19,654,548 | 19,657,304 |
|---|---|---|---|---|

Monthly Financial Report -Individual(s) not Engaged in Business

United States Trustee-Oregon

Page 2 of 8

(Revised 3-4-11)

Case 19-31886-dwh11    Doc 95    Filed 06/22/20
Doc ID: 5384315163a99f21a85365a313b4af09330ebcab

UST-52

| | Case Number: | 19-31886-dwh11 |
|---|---|---|
| | Report Mo/Yr: | May 2020 |

**Debtor:** Vahan M. Dinihanian, Jr.

## UST-52, SUMMARY OF RECEIPTS

**INSTRUCTIONS:** Complete each category and provide the net receipts total for the month. Use the Notes section to explain or itemize receipts when appropriate. Note that the initial report should include only financial activity commencing from the petition date through the end of the month.

| Type of Receipt | Gross Amount | Net Amount |
|---|---|---|
| Wages or salary | - | - |
| Social security, pension, or 401k distributions * | - | - |
| Collection of accounts receivable or note payable (specify source) | - | - |
| Loan or other financing proceeds (specify source) | - | - |
| Proceeds from sale of real property | - | - |
| Proceeds from sale of personal property | - | - |
| Other (explain) Interest Dep | - | - |
| Rent Dep | 1,500.00 | 1,500.00 |
| | | |
| | | |
| TOTAL RECEIPTS FOR THIS MONTH | 1,500.00 | 1,500.00 |

Notes:

Monthly Financial Report -Individual(s) not Engaged in Business

United States Trustee-Oregon

Page 3 of 8

(Revised 3-4-11)

Case 19-31886-dwh11    Doc 95    Filed 06/22/20

| Case Number: | 19-31886-dwh11 |
|---|---|
| Report Mo/Yr: | May 2020 |

**Debtor:** Vahan M. Dinihanian, Jr.

---

## UST-53, SUMMARY OF DISBURSEMENTS

---

**INSTRUCTIONS:** BEFORE COMPLETING THIS PAGE, prepare UST-53A (see next page) to include all bank accounts or other sources of the debtor's funds. The disbursement total will be used to complete this SUMMARY OF DISBURSEMENTS.

The debtor is responsible for providing accurate monthly disbursement totals for purposes of calculating the debtor's obligation pursuant to 28 U.S.C. § 1930(a)(6) to pay statutory fees to the U.S. Trustee. The disbursement total encompasses all payments made by the debtor during the reporting month, whether made directly by the debtor or by another party for the debtor. It includes checks written and cash payments. It also includes payments made pursuant to joint check arrangements and those resulting from a sale or liquidation of the debtor's assets. The only transactions normally excluded from the disbursement total are transfers within the same reporting month between multiple debtor accounts.

The U.S. Trustee payment is due on the last day of the month following the end of each calendar quarter, or on **April 30, July 31, October 31, and January 31,** respectively. Because the amount billed is an estimate, the debtor is responsible for paying the correct statutory fee based on actual disbursements for the calendar quarter, or portion thereof while the debtor is in Chapter 11 (i.e. until the case is converted, dismissed, or closed by final decree). Failure to pay statutory fees to the U.S. Trustee is cause for conversion or dismissal of the case. A copy of the statutory fee schedule may be found in the Chapter 11 Guidelines on the U.S. Trustee's website located at:

        http://www.justice.gov/ust/r18/portland/chapter11.htm
        http://www.justice.gov/ust/r18/eugene/chapter11.htm

If you have any questions about how to compute the disbursement total, please call the U.S. Trustee's office:

Portland, OR     (503) 326-4000
Eugene, OR      (541) 465-6330

---

(UST-53A - Financial Account Detail, with attachments, should follow this page.)

| COMPUTATION OF MONTHLY DISBURSEMENT TOTAL | | |
|---|---|---|
| Total disbursements from UST-53A | | 1,294.35 |
| Cash payments not included in total above (if any) | | - |
| Disbursements made by third parties for the debtor (if any, explain) | | |
| Disbursements made pursuant to a sale of the debtor's assets (if any) | | - |
| **TOTAL DISBURSEMENTS THIS MONTH FROM ALL SOURCES** | $ | 1,294.35 |

                                                      **Yes**    **No**

At the end of this reporting month, did the debtor have any delinquent statutory fees
 owing to the U.S. Trustee?                             [   ]   [■■■]

(If yes, list each quarter that is delinquent and the amount due along with an explanation)

| **Quarter** | **Explanation** | **Amount** |
|---|---|---|
| | | |
| | | |
| | | |

Monthly Financial Report -Individual(s) not Engaged in Business

United States Trustee-Oregon

Doc ID: 558431516 3a99f21a85365a313b4af09330ebcab

| | | |
|---|---|---|
| | Case Number: | 19-31886-dwh11 |
| **Debtor:** | Report Mo/Yr: | May 2020 |
| Vahan M. Dinihanian, Jr. | | |

## UST-53A - FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Include all financial and brokerage accounts or other sources of the debtor's funds. Attach supporting documents as indicated on the checklist below. Use additional sheets as necessary.

| Depository (Bank) Name<br>Account Number<br>Type of Account | Wells Fargo<br>DIP #3045<br>Checking | | | | TOTALS |
|---|---|---|---|---|---|
| **Beginning Cash Balance** | 375.91 | | | | 375.91 |
| **Add:** | | | | | |
| Transfers in | | | | | - |
| Receipts deposited | 1500 | | | | 1,500.00 |
| Other (identify source) | - | | | | - |
|    Total Cash Receipts | 1,500.00 | - | - | | 1,500.00 |
| | | | | | |
| **Subtract:** | | | | | |
| Transfers out | | | | | - |
| Disbursements by check or debit | (1,294.35) | | | | (1,294.35) |
| Cash withdrawn | | | | | - |
| Other (identify source) | | | | | - |
|    Total Cash Disbursements | (1,294.35) | - | - | | (1,294.35) |
| | | | | | |
| **Ending Cash Balance** | 581.56 | - | - | | 581.56 |

Does each account identified above include the following supporting documents, as required? (Indicate **YES, NO or NOT APPLICABLE** in the boxes below).

| | | | | |
|---|---|---|---|---|
| Monthly bank statement copy<br>**(do not include bank statement copies with the report filed with the Bankruptcy Court)** | Yes | | | |
| Bank reconciliation (including outstanding checks and deposits in transit) | NA | | | |
| A detailed list of receipts for the account (deposit log or receipts journal) | NA | | | |
| A detailed list of disbursements for the account (check register or disbursement journal) | NA | | | |
| Funds received and/or disbursed by another party | No | | | |

Case 19-31886-dwh11    Doc 95    Filed 06/22/20

Doc ID: 5384315163a99f21a85365a313b4af09330ebcab

Case Number: 19-31886-dwh11
Report Mo/Yr: May 2020

**Debtor:** Vahan M. Dinihanian, Jr.

| **UST-54, OTHER FINANCIAL DISCLOSURES** |
|---|

INSTRUCTIONS: Answer each question fully and attach additional sheets as necessary to provide a complete response

**Question 1 - Sale of the Debtor's Assets**
Did the debtor, or another party on behalf of the the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month?  **If yes, attach a schedule identifying each asset, date of sale notice, method of disposition, and gross and net sale proceeds received.  If real property was sold, attach a copy of the closing statement.**

Yes ☐  No ☒

**Question 2 - Financing**
During the reporting month, did the debtor receive any funds from an outside funding source?  **If yes, indicate the source of the funds, date paid to debtor, dollar amount, and date of court approval.**

| Source of Funds | Date Paid | Amount | Date of Court Approval | Yes | No |
|---|---|---|---|---|---|
| | | | | ☐ | ☒ |

**Question 3 - Payments on Pre-Petition Unsecured Debt**

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt?  **If yes, attach a schedule disclosing each payment and include payee's name and purpose, payment date, dollar amount , and date of court approval.**

Yes ☐  No ☒

**Question 4 - Payments to Attorneys and Other Professionals**

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person?  **If yes, attach a schedule listing each payment and include professionals name and description of services performed, payment date, dollar amount, and date of court approval.**

Yes ☐  No ☒

**Question 5 - Insurance and Bond Coverage**

Did the debtor renew or replace any insurance policies during this reporting month?  **If yes, attach a certificate of insurance for each renewal or change in coverage.**

Yes ☐  No ☒

Were any of the debtor's insurance policies canceled or otherwise terminated for any reason during the reporting month?  **If yes, explain.**

Yes ☐  No ☒

Monthly Financial Report -Individual(s) not Engaged in Business

United States Trustee-Oregon

Case Number: 19-31886-dwh11
Report Mo/Yr: May 2020

Debtor: Vahan M. Dinihanian, Jr.

## UST-54, OTHER FINANCIAL DISCLOSURES

INSTRUCTIONS: Answer each question fully and attach additional sheets as necessary to provide a complete response.

**Question 6 - Significant Events.** Provide a narrative report of any significant events which may have an effect on the financial condition of the debtor. Attach separate sheet(s) as necessary.

**Question 7 - Case Progress.** Explain what progress the debtor has made during the reporting month toward confirmation of a plan of reorganization.

Plan filed. Plan mediation ongoing.

|  | Filed? | Estimated Date To be Filed If not Filed |
|---|---|---|
| Disclosure Statement: | Yes | |
| Plan of Reorganization: | Yes | |

Case 19-31886-dwh11    Doc 95    Filed 06/22/20
Doc ID: 538431163a99f21a85365a313b4af09330ebcab

Case Number: 19-31886-dwh11
Report Mo/Yr: May 2020

**Debtor:** Vahan M. Dinihanian, Jr.

---

**UST-54, OTHER FINANCIAL DISCLOSURES (contd.)**

---

**WHERE TO FILE A MONTHLY OPERATING REPORT:** Local Bankruptcy Rule 2015-2 requires the debtor to file its monthly financial report with the U.S. Bankruptcy Court.

**File the <u>original</u>….(select only one)**

**For a Chapter 11 case filed in Portland, OR:**
    United States Bankruptcy Court
    1001 SW 5th Avenue, 7th floor
    Portland, OR  97204

**For a Chapter 11 case filed in Eugene, OR:**
    United States Bankruptcy Court
    405 East 8th Avenue, Suite 2600
    Eugene, OR  97401

---

**CERTIFICATION OF SERVICE:** The undersigned certifies that copies of this report and all supporting documents have been served upon each of the following persons in this case: U.S. Trustee; the chairperson of each official committee of creditors or equity security holders and the attorney(s) for each such committee; the debtor and the debtor's attorney; and the trustee and the trustee's attorney, if applicable.

BY:   /s/ Troy G. Sexton                DATE: **6/22/2020**

TITLE: **Attorney for Debtor**            PHONE NUMBER: **503-417-0517**

**Send U.S. Trustee's <u>copy</u> to: (select only one)**

**For a Chapter 11 case filed in Portland, OR:**
Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR  97205

**For a Chapter 11 case filed in Eugene, OR:**
   Office of the United States Trustee
   405 East 8th Avenue, Suite 1100
   Eugene, OR  97401

---

# Wells Fargo® Preferred Checking

May 31, 2020 ■ Page 1 of 4



VAHAN M DINIHANIAN JR
DEBTOR IN POSSESSION
CH 11 CASE #19-31886 (OR)
237 NW SKYLINE BLVD
PORTLAND OR 97210-1053

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (115)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | | |
|---|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $375.91 |
| Deposits/Additions | 1,500.00 |
| Withdrawals/Subtractions | - 1,294.35 |
| **Ending balance on 5/31** | **$581.56** |

Account number:  ‑ ‑ ‑ ‑ ‑ ‑ ‑3045

**VAHAN M DINIHANIAN JR**
**DEBTOR IN POSSESSION**
**CH 11 CASE #19-31886 (OR)**

*Oregon account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  123006800

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

(115)



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $529.05 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.05 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/11 | | Purchase authorized on 05/08 Ebay Inc. 866-779-3229 CA S580129606893324 Card 0891 | | 65.93 | |
| 5/11 | | Recurring Payment authorized on 05/09 Tmobile*Auto Pay 800-937-8997 WA S380130382331615 Card 0891 | | 156.00 | 153.98 |
| 5/15 | | Purchase authorized on 05/12 USPS Stamps Endici 310-482-5800 CA S300134067581005 Card 0891 | | 100.00 | 53.98 |
| 5/21 | | Paypal Transfer 200521 1009044312065 Vahan Dinihanian | 1,500.00 | | 1,553.98 |
| 5/22 | | NW Natural Gas Pmt May 21 1552926 Dinihanian, Vahan | | 174.22 | 1,379.76 |
| 5/26 | | Recurring Payment authorized on 05/23 Stamps.Com 855-608-2677 CA S460145124627498 Card 0891 | | 17.99 | 1,361.77 |
| 5/27 | | Bill Pay 237 Garb. Recurring xx28688 on 05-27 | | 50.30 | |
| 5/27 | | Bill Pay Eagle Holdings Garb. Recurring xx94872 on 05-27 | | 50.30 | |
| 5/27 | | Bill Pay Cs Recurring No Account Number on 05-27 | | 500.00 | 761.17 |
| 5/29 | | Portland General Payment 200526 9115600000 Vahan M Dinihanian Jr | | 179.61 | 581.56 |
| Ending balance on 5/31 | | | | | 581.56 |
| Totals | | | $1,500.00 | $1,294.35 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2020 - 05/31/2020 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Total amount of qualifying direct deposits | $1,000.00 | $1,500.00 ☑ |
| · Linked Wells Fargo home mortgage | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | $53.98 ☐ |
|   - Minimum daily balance in checking, savings, time accounts (CDs) and FDIC-insured retirement accounts | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
JD/JD



 IMPORTANT ACCOUNT INFORMATION

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:
- The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
- The excess over $5,525 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

To provide you with additional flexibility to access accounts, we have increased the daily ATM withdrawal limit on your Wells Fargo Debit, ATM, or EasyPay Card(s) to $710. Any card that already has a daily ATM withdrawal limit of $710 or more remains the same. To view your card limits any time, sign on at wellsfargo.com/cardcontrol and click on Open Card Details.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.   $ ____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

+ $ ____

**C** Add **A** and **B** to calculate the subtotal.   = $ ____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

- $ ____

**E** **Subtract** **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.   = $ ____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801     Member FDIC. EQUAL HOUSING LENDER

 **HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | May Operating Report |
| **FILE NAME** | 00371633.PDF |
| **DOCUMENT ID** | 5364315163a99f21a85365a313b4af09330ebcab |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

Document History

| | | |
|---|---|---|
| SENT | **06 / 22 / 2020**<br>20:35:28 UTC | Sent for signature to Vahan M. Dinihanian, Jr.<br>(vahan237@gmail.com) from mperry@portlaw.com<br>IP: 96.95.137.9 |
| VIEWED | **06 / 23 / 2020**<br>01:00:17 UTC | Viewed by Vahan M. Dinihanian, Jr. (vahan237@gmail.com)<br>IP: 73.96.31.49 |
| SIGNED | **06 / 23 / 2020**<br>01:00:35 UTC | Signed by Vahan M. Dinihanian, Jr. (vahan237@gmail.com)<br>IP: 73.96.31.49 |
| COMPLETED | **06 / 23 / 2020**<br>01:00:35 UTC | The document has been completed. |