**Russell D. Garrett**, OSB #882111
russell.garrett@jordanramis.com
**Daniel L. Steinberg**, OSB #993690
daniel.steinberg@jordanramis.com
JORDAN RAMIS PC
1211 SW Fifth Avenue, 27th Floor
Portland, Oregon 97204
Telephone: (503) 598-7070
Facsimile: (503) 598-7373

Attorneys for Lillian Logan, Cornell Rd LLC,
Christiana LLC, and Alexander LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>15005 NW Cornell LLC; and<br>Vahan M. Dinihanian, Jr.,<br><br>Debtors. | Bankruptcy Case Nos.:<br><br>19-31883-dwh11 (Lead Case)<br><br>19-31886-dwh11<br><br>Jointly Administered Under<br>Case No. 19-31883-dwh11<br><br>LOGAN PARTIES' PRECAUTIONARY OBJECTION TO FINAL APPLICATION FOR PROFESSIONAL COMPENSATION OF PERKINS COIE LLP |

Interested parties and creditors Lillian Logan, Cornell Rd LLC, Christiana LLC and Alexander LLC (collectively the "Logan Parties") by and through their attorneys Jordan Ramis PC, hereby object to the Final Applications for Compensation of Perkins Coie LLP filed in the jointly administered bankruptcy cases as [Dkt. 131]. This objection is supported by the court record and specifically the Application to Employ Matthew Arbaugh (Arbaugh Law) as

Page 1 – LOGAN PARTIES' PRECAUTIONARY OBJECTION TO FINAL APPLICATION FOR PROFESSIONAL COMPENSATION OF PERKINS COIE LLP

JORDAN RAMIS PC
Attorneys at Law
1211 SW Fifth Avenue, 27th Floor
Portland, Oregon 97204
Telephone: (503) 598-7070 Fax: (503) 598-7373

53110-77699 4892-8521-0450.1

Case 19-31886-dwh11    Doc 139    Filed 02/24/23

independent counsel for the Debtors.[1] Arbaugh Law was employed to assist in "resolution of outstanding administrative expenses for the fees and costs owed to [Motschenbacher & Blattner LLP] and Perkins Coie LLP." *Application to Employ Special Counsel*, pgs. 2-3 [Dkt. 655].

In its Application for Final Professional Compensation [Dkt. 131] on page 2 of Exhibit 1, Perkins Coie LLP states "Perkins Coie has agreed to a discounted aggregate amount of total fees and expenses totaling $421,732.96."

<u>PRECAUTIONARY OBJECTION</u>

Because Motschenbacher & Blattner LLP, counsel for Vahan Dinihanian, Jr. has taken the position that it is seeking the full amount of fees in its application, notwithstanding the Debtors' compromise with their counsel, this objection is made solely to confirm that Perkins Coie LLP is not seeking the same treatment.

So long as Perkins Coie LLP's fees and costs are limited to the discounted amount stated in paragraph 8 of Exhibit 1 in its application, the Logan Parties have no objection. The Logan Parties reserve the right to object on additional grounds should Perkins Coie LLP change its stated position.

DATED this 24th day of February, 2023.

JORDAN RAMIS PC

By: */s/ Daniel L. Steinberg*
Russell D. Garrett, OSB #882111
Daniel L. Steinberg, OSB #993690

Attorneys for Lillian Logan, Cornell Rd LLC, Christiana LLC, and Alexander LLC (the Logan Parties")

---

[1] This case 19-31886 is administratively consolidated with the bankruptcy case of 15005 NW Cornell LLC Case No. 19-31883.

Page 2 – LOGAN PARTIES' PRECAUTIONARY OBJECTION TO FINAL APPLICATION FOR PROFESSIONAL COMPENSATION OF PERKINS COIE LLP

JORDAN RAMIS PC
Attorneys at Law
1211 SW Fifth Avenue, 27th Floor
Portland, Oregon 97204
Telephone: (503) 598-7070 Fax: (503) 598-7373

53110-77699 4892-8521-0450.1

Case 19-31886-dwh11    Doc 139    Filed 02/24/23

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I electronically filed the foregoing **LOGAN PARTIES' PRECAUTIONARY OBJECTION TO FINAL APPLICATION FOR COMPENSATION OF PERKINS COIE LLP** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nicholas J. Henderson
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Tel: (503) 417-0500
Email: nhenderson@portlaw.com
    Attorneys for Debtor and Debtor-in-Possession Vahan M. Dinihanian, Jr.

U.S. Trustee
US Trustee, Portland
620 SW Main Street, #213
Portland, OR 97205

Joseph A Field
Field Jerger LLP
621 SW Morrison St Ste 510
Portland OR 97205
Email: joe@fieldjerger.com,
jenny@fieldjerger.com

Douglas R. Pahl
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
Tel: (503) 727-2000
Email: dpahl@perkinscoie.com
    Attorneys for Debtor and Debtor-in-Possession 15005 NW Cornell LLC

Stephen P Arnot
DOJ-UST
620 SW Main Street, Suite 213
Portland, OR 97205
Tel: (503) 326-4004
Email: steve.arnot@usdoj.gov
    Attorney for U.S. Trustee

Christopher N Coyle
Vanden Bos & Chapman LLP
319 SW Washington St Ste 520
Portland OR 97204
Email:chris@vbcattorneys.com,
ecfmail@vbcattorneys.com

Page 1 – CERTIFICATE OF SERVICE

JORDAN RAMIS PC
Attorneys at Law
1211 SW Fifth Avenue, 27th Floor
Portland, Oregon 97204
Telephone: (503) 598-7070 Fax: (503) 598-7373
53110-77699 4892-8521-0450.1

Case 19-31886-dwh11    Doc 139    Filed 02/24/23

| | |
|---|---|
| Eleanor A. DuBay<br>Tomasi Salyer Martin<br>121 SW Morrison Street, Suite 1850<br>Portland, OR 97204<br>    Attorneys for Interested Party Tasha L. Teherani-Ami | Gregory J Miner<br>1610 SW College St<br>Portland OR 97201<br>Email: gminer@batemanseidel.com,<br>bsixberry@batemanseidel.com |
| Travis W Hall<br>Bateman Seidel et al<br>1000 SW Broadway Ste 1910<br>Portland OR 97205<br>Email: thall@batemanseidel.com<br>bsixberry@batemanseidel.com | Bruce H Orr<br>Wyse Kadish LLP<br>900 SW Fifth Ave Ste 2000<br>Portland OR 97204<br>Email: bho@wysekadish.com,<br>sat@wysekadish.com;drw@wysekadish.com |
| Erich M Paetsch<br>Saalfeld Griggs PC<br>250 Church St SE Ste 200<br>PO Box 470<br>Salem OR 97308<br>Email epaetsch@sglaw.com, ktate@sglaw.com | Troy G Sexton<br>Motschenbacher & Blattner LLP<br>117 SW Taylor St Ste 300<br>Portland OR 97204<br>Email: tsexton@portlaw.com, |

    DATED: February 24, 2023.

    */s/ Daniel L. Steinberg*
    Daniel L. Steinberg, OSB #993690
    daniel.steinberg@jordanramis.com

Page 2 – CERTIFICATE OF SERVICE

JORDAN RAMIS PC
Attorneys at Law
1211 SW Fifth Avenue, 27th Floor
Portland, Oregon 97204
Telephone: (503) 598-7070 Fax: (503) 598-7373
53110-77699 4892-8521-0450.1

Case 19-31886-dwh11    Doc 139    Filed 02/24/23