| | | |
|---|---|---|
| 09/25/2019 | WEDNESDAY | Judge David W Hercher |
| 9:00 AM 19-31883 dwh 11 bk | 15005 NW Cornell LLC | |

**Motion for Relief from Stay. Filed by Creditor Tasha Teherani-Ami (106)**

| | |
|---|---|
| 15005 NW Cornell LLC - db | DOUGLAS R PAHL |
| Tasha Teherani-Ami - cr | ELEANOR A. DUBAY |
| Vahan M. Dinihanian - jtdb | NICHOLAS J HENDERSON |
| Cornell Road LLC - cr | DAN STEINBERG |
| Lillian Logan LLC - cr | DAN STEINBERG |
| Tasha Teherani-Ami, in her capacity as the trustee - intp | BRUCE ORR |

Evidentiary Hearing:   Yes: ☐   No: ☑

With the consent of Ms. DuBay on behalf of Ms. Teherani-Ami, court set an evidentiary hearing on the motion for relief from stay [106] for 11/6/2019 at 1:30 p.m. Ms. Dubay's supplemental brief due 10/23/2019. Mr. Henderson's and Mr. Pahl's supplemental briefs due 10/30/2019.

With the consent of Mr. Orr on behalf of Ms. Teherani-Ami and of Messrs. Henderson and Pahl, court set a hearing on the motion to dismiss [139] for 11/6/2019 at 1:30 p.m. Mr. Orr to notice the hearing on this motion.

With Mr. Orr's consent, the initial hearing on the anticipated motion for relief from stay to be filed by him will be set for 11/6/2019 at 1:30 p.m., even if the motion is filed more than 30 days earlier.

Court reset the pretrial conference in Adversary Proceeding No. 19-3096 from 11/12/2019 to 11/6/2019 at 1:30 p.m.

Order to be prepared by: ☐ Clerk's Office   ☐ Chambers   ☐

DOCKET ENTRY:

With movant's consent, the court ORDERS that the automatic stay is continued in effect pending the conclusion of, or as a result of, the final hearing and determination of the motion [106].

*David W. Hercher*
David W. Hercher
U.S. Bankruptcy Judge

Run Date:   09/25/19

Case 19-31883-dwh11   Doc 143   Filed 09/25/19