9:00 AM  19-31883 dwh  11  bk     15005 NW Cornell LLC

**Rescheduled Hearing on:**
1. Motion for Relief from Stay (DUBAY, ELEANOR) (106)
2. Application to Employ Bateman Seidel P.C. as Attorneys in Washington County Case No. 18CV17059 (PAHL, DOUGLAS) (138)
3. Motion to Dismiss Case Reason: for lack of authority to file and for cause (ORR, BRUCE) (139)
4. Motion to Dismiss Case (DUBAY, ELEANOR) (158)
5. Disclosure Statement Hearing (PAHL, DOUGLAS) (162)
6. Final Hearing on Motion For Authority to Obtain Credit (189)

| | |
|---|---|
| 15005 NW Cornell LLC - db | NICK HENDERSON & DOUG PAHL |
| Tasha Teherani-Ami - cr | ELEANOR DUBAY |
| Tasha Teherani-Ami, trustee - cr | BRUCE ORR |
| Cornell Rd LLC - cr | DANIEL STEINBERG |
| Alexander LLC - cr | RUSSELL GARRETT |
| US Trustee | STEVE ARNOT |

Evidentiary Hearing:    Yes: ☐    No: ☒

Court continued the hearing on the motions to dismiss and the motion for relief from stay to 7/17/2020 at 9:00 a.m. TEL.  Mr. Henderson to file any declaration by 7/13/2020.  Mr. Orr to file any declaration by 7/15/2020.

Court stated the other matters set for today were no longer at issue.

Order to be prepared by:  ☐ Clerk's Office   ☐ Chambers   ☐

DOCKET ENTRY: